```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    3030 Bridgeway, Suite 231
 3  Sausalito, CA 94965
    Telephone:  (415)729-9006
 4  Facsimile:  (415)729-9023

 5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, <br><br> Plaintiffs, <br><br> vs. <br><br> ROEBER'S INCORPORATED, a California corporation, <br><br> Defendant. | NO. C 11 3275 SBA <br><br> <u>JUDGMENT PURSUANT</u> <br> <u>TO STIPULATION</u> |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys, and defendant, ROEBER'S INCORPORATED, a California corporation, have Stipulated that plaintiffs have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $27,531.14,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF

1  **TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL**
2  **WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104**
3  **VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, have and recover**
4  **judgment from defendant, ROEBER'S INCORPORATED, a California corporation,**
5  **in the amount of $27,531.14, which is composed of the following:**
6          **a.   Contribution balances due and unpaid to Plaintiff Trust**
7  **Funds for the period May 1, 2011 to August 31, 2011 in the amount of**
8  **$22,650.95;**
9          **b.   Liquidated damages due and unpaid to the Plaintiff**
10 **Trust Funds for the same period in the amount of $4,530.19;**
11         **c.   Interest due pursuant to contract in an amount to be**
12 **computed at the end of the payment plan set forth below; and**
13         **d.   Costs of suit incurred in this action in the amount of**
14 **$350.00.**
15         **IT IS FURTHER ORDERED AND ADJUDGED that execution will not**
16 **issue on the judgment so long as defendant fully complies with the**
17 **following conditions:**
18         **1.   Defendant shall make payments of all ongoing amounts**
19 **to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST**
20 **FUNDS pursuant to contract between defendant and Local Union 104 of**
21 **the Sheet Metal Workers' International Association for hours worked**
22 **by defendant's employees, commencing with payment for September 2011,**
23 **hours due on or before October 20, 2011 and continuing until the full**
24 **amount of this judgment is paid.  September may be paid late, but on**
25 **or before October 26, 2011.  Each of said payments will be made by**
26 **check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the post**
27 **office box on the report form.**
28         **2.   Defendant shall pay the amount of the contributions**

under paragraph (a) in the amount of $22,650.95 in monthly installment payments of $2,500.00. The first installment is due November 25, 2011 and each subsequent installment shall be paid on the 25th of each month thereafter until the entire contribution amount has been paid. Said installment payments will be made by check payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 121, Sausalito, CA 94965, Attention: Michael Carroll.

3. Once the above amount of $22,650.95 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will exercise it's discretion and review defendant's eligibility for a reduction of the liquidated damages, interest, and costs owed as stated in paragraphs (b), (c), and (d) above. If defendant is not eligible for a complete waiver of the amounts due under paragraphs (b), (c), and (d), defendant shall make payment on the remaining balance of $4,880.19, plus interest in as many additional monthly installments of $2,500.00 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds. The first payment would be due after notification of the Trust Funds' decision, with payments continuing each month thereafter.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of the

JUDGMENT PURSUANT TO STIPULATION            3

stipulation, entry of Judgment, and execution on the entire judgment in the amount of $27,531.14 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant and Defendant's counsel that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant.  Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

Dated: 12/9/11

_____
Judge Saundra Brown Armstrong