```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROEBER'S INCORPORATED, etc., <br><br> Defendant. | NO. C 11 3275 SBA (NC) <br><br> (~~PROPOSED~~) <br> ORDER OF EXAMINATION |

To:  John C. Roeber, President and Custodian of Records of Corporate Judgment Debtor
     Roeber's Incorporated
     2516 San Carlos Avenue
     Castro Valley, CA 94546

You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on Wednesday, March 21, 2012 at 2:00 p.m. at 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, California before the Magistrate Nathanael Cousins then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION                    1

     2. Title documents to all equipment and vehicles of debtor;

     3. All lists and schedules of rented, leased and owned equipment of debtor;

     4. Copies of all real property and personal property leases wherein debtor is a party;

     5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

     6. Annual Financial Statements and all monthly financial statements for 2011;

     7. Federal tax returns for the last year reported;

     8. All bank statements, deposit slips and canceled checks for all accounts for October 2011 to the present;

     9. The last tax return filed with the Franchise Tax Board;

     10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from October 1, 2011 to date;

     11. All accounts receivable lists generated by the Company in 2011;

     12. Cash Disbursement Journals for 2011;

     13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

     14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

     15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

1       NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.
6 Dated: 2/1/12

                                                Magistrate Nathanael Cousins

ORDER OF EXAMINATION                     3

